## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAZERAC BRANDS, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Civil Action No. _____ |
| and | |
| SAZERAC COMPANY, INC., A DELAWARE CORPORATION | **JURY TRIAL DEMANDED** |
| PLAINTIFFS, | |
| v. | |
| GRANDTEN DISTILLING, A MASSACHUSETTS LIMITED LIABILTY COMPANY, | |
| DEFENDANT. | |

**COMPLAINT FOR:  (1) FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114; (2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a); (3) TRADEMARK INFRINGEMENT UNDER MASSACHUSETTS GENERAL LAW CHAPTER 100H § 13; and (4) UNFAIR COMPETITION UNDER MASSACHUSETTS GENERAL LAW CHAPTER 93A § 2**

Plaintiffs Sazerac Brands, LLC ("Sazerac Brands") and Sazerac Company, Inc. ("Sazerac") (referred to together as "Plaintiffs") on personal knowledge as to themselves and otherwise on information and belief, for their complaint against GrandTen Distilling ("GrandTen" or "Defendant") hereby alleges as follows.

## NATURE OF THE CLAIM

As set forth in detail below, this is an action  for trademark infringement, unfair competition and violation of Chapter 93A arising from Defendant's ongoing, knowing and willful attempt to foster confusion in the marketplace and co-opt for its own benefit the well-known EAGLE RARE mark, long associated with Sazerac's aged, award winning EAGLE

RARE whiskey.  Despite being notified of its unlawful conduct, and the confusion created by marketing whiskey under the strikingly similar RARE BIRD mark,  Defendant refused to cease and desist, resulting in further damage to Sazerac.  Accordingly, Sazerac seeks the issuance of an injunction against Defendant, and an award of money damages, including multiple damages and attorneys' fees under the Lanham Act and/or Chapter 93A.

## THE PARTIES

1.      Sazerac Brands, a Delaware limited liability company, by and through its parent company, Sazerac, markets and sells a number of different types and brands of alcoholic beverages and distilled spirits, including vodkas, whiskeys, tequilas, and specialty liqueurs. Sazerac has marketed and sold alcoholic beverages and distilled spirits in the United States for over a century.

2.      GrandTen is a limited liability company organized under the laws of Massachusetts with its principal place of business in Boston, Massachusetts.

## JURISDICTION AND VENUE

3.      This is an action for federal trademark infringement and unfair competition arising under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.,* and trademark infringement and unfair competition and business practices in violation of Massachusetts state law.

4.      This court has original jurisdiction over the federal trademark infringement and unfair competition claims pursuant to 15 U.S.C. §§ 1121 and 1125 and 28 U.S.C. §§ 1331 and 1338.

5.      Supplemental jurisdiction is proper for the state law claims under 28 U.S.C. § 1367(a) because the claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

6.     Venue is proper in the United States District Court for the District of Massachusetts under 28 U.S.C. § 1391(b) because:  (1) Defendant's tortious conduct has occurred in this district; (2) Defendant conducts regular and systematic business in this district; and/or (3) a substantial part of the events or omissions giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

7.     This case involves Defendant's willful infringement of Sazerac Brands' EAGLE RARE trademark, by Defendant's use of the confusingly similar RARE BIRD trademark in connection with similar, competing goods.

### Sazerac's Business and the EAGLE RARE Trademark

8.     Sazerac is a leading distiller of spirits and the namesake of America's first commercially promoted and sold cocktail – the Sazerac Cocktail.  Sazerac produces, bottles, and/or distributes a variety of distilled spirits, including vodkas, whiskeys, tequilas, and liqueurs. In particular, Sazerac produces, bottles, and/or distributes numerous types of whiskeys, including American whiskey (bourbon, rye, and other varieties), Scotch whisky, and Canadian whisky (collectively hereinafter, "whiskey").

9.     Sazerac is the parent company of Buffalo Trace Distillery, Inc., a Kentucky corporation with both its principal place of business and active distillery located in Frankfort, Kentucky.

10.    Buffalo Trace Distillery, operating under various names since 1787, is the longest continually-running distillery in the United States.  The distillery is located in Franklin County, Kentucky, on the banks of the Kentucky River.  Sazerac's well-known EAGLE RARE whiskey is distilled at Buffalo Trace Distillery and is made available to consumers only after it has been

crafted and carefully aged for no less than ten years.  Sazerac also offers EAGLE RARE-branded whiskey that has been aged for 17 years, which is released only once a year each fall.

11.     Sazerac and its predecessor-in-interest have produced, marketed, and distributed whiskey in interstate commerce under the EAGLE RARE mark since at least as early as February 1975.

12.     Sazerac's EAGLE RARE whiskey is targeted to adult purchasers and adult consumers of alcoholic beverage products.

13.     Sazerac distributes its EAGLE RARE whiskey nationwide and internationally.

14.     Because of EAGLE RARE's extreme success and reputation for high quality in the alcoholic beverages marketplace, EAGLE RARE whiskey is distinctive, well known, and highly regarded.  As examples of this success, Sazerac's EAGLE RARE whiskey received a Gold Medal at the 2013 San Francisco World Spirits Competition, an Excellent/Strong Recommendation in the 2013 Ultimate Spirits Challenge, and a Gold Medal at the 2012 Los Angeles International Wine & Spirits Competition.  These are only the three most recent examples of the numerous awards and accolades bestowed upon the EAGLE RARE brand. Since its launch in 1975, EAGLE RARE whiskey has received over 33 awards, including at least six Double Gold Medals at the internationally renowned San Francisco World Spirits Competition.

15.     Sazerac Brands owns incontestable U.S. Reg. No. 1,065,407 for the EAGLE RARE mark, issued on May 10, 1977, for "bourbon whiskey."  A true and correct copy of this trademark registration is attached hereto as **Exhibit A**.

## Defendant's Use of a Confusingly Similar RARE BIRD mark

16.     On information and belief, Defendant develops, produces, bottles, and distributes distilled spirits in Massachusetts and distributes these products in interstate commerce.

17.     In or around May 2015 – nearly 30 years after the first sale of Sazerac's EAGLE RARE whiskey – Defendant introduced a distilled spirit product under the name RARE BIRD in order to pass off its own product as endorsed by or affiliated with Sazerac's EAGLE RARE whiskey.

18.     On information and belief, Defendant adopted the RARE BIRD mark to exploit and trade on the longstanding goodwill, reputation, and success of Sazerac's EAGLE RARE product and to create a likelihood of consumer confusion in the marketplace.

19.     The RARE BIRD mark is confusingly similar to Sazerac's EAGLE RARE mark. An eagle is a rare bird symbolic of the United States and its rich heritage, which is invariably intertwined with bourbon whiskey.  According to the U.S. Fish and Wildlife Service, in 2006 there were fewer than 10,000 bald eagles – the only eagle unique to North America – in the entire nation.  Moreover, the EAGLE RARE product is, in its own regard, rare.  The 10-year bourbon is more widely available than the 17-year bourbon, but both are highly sought after and coveted by whiskey aficionados and casual whiskey drinkers alike.  As such, the RARE BIRD mark immediately suggests a connection to or affiliation with Sazerac's EAGLE RARE trademark.

20.     In light of the similarity in overall commercial impression between the RARE BIRD mark and Sazerac Brands' EAGLE RARE mark, consumers are likely to be confused as to the source or sponsorship of Defendant's products.

21.     Defendant currently markets and distributes its RARE BIRD alcoholic beverage products in several states throughout the United States, including Massachusetts, Connecticut, Pennsylvania, Rhode Island, and Washington.

22.     Defendant currently markets and promotes its RARE BIRD product to wholesalers, distributors, and retailers as craft rum.

23.     Sazerac's EAGLE RARE product and Defendant's RARE BIRD product are competing, or will compete, in identical retail outlets – for example, wine and liquor stores, bars, restaurants, and online retail sites.  Defendant, like Sazerac, markets its RARE BIRD product to adult consumers and adult purchasers of alcoholic beverage products.

24.     Sazerac's use and registration of the EAGLE RARE mark long predates Defendant's use of its RARE BIRD mark.

25.     Defendant's trademark infringement is willful.

26.     Defendant had constructive knowledge of Sazerac's EAGLE RARE mark based on Sazerac Brands' federal trademark registration *(see* **Exhibit A**) and, on information and belief, Defendant had actual knowledge of Sazerac's whiskey and alcoholic beverage products sold under the EAGLE RARE mark at the time Defendant introduced its RARE BIRD product.

27.     Defendant had actual knowledge of the EAGLE RARE mark at least as early as May 2015, when counsel for Sazerac sent a cease and desist letter to Defendant.   A true and correct copy of the letter from Thomas M. Hadid, Counsel for Sazerac, to Defendant, is attached hereto as **Exhibit B.**  Defendant refused to cease and desist as Sazerac demanded.

## CLAIMS AND CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

**28.**     Plaintiffs re-allege and incorporate herein by reference paragraphs 1 through 27 of this Complaint as if fully set forth here.

**29.**     As set forth above, Sazerac Brands owns U.S. Trademark Registration No. 1,065,407.

**30.**     Defendant is not authorized to use Sazerac Brands' registered marks or any mark confusingly similar or that in any way represents or implies that Defendant's goods are in any way associated with Sazerac.

**31.**     Defendant's use of the RARE BIRD mark is likely to confuse consumers into believing that the goods offered by Defendant originate from, are authorized by, or are somehow affiliated with Sazerac.

**32.**     Defendant intentionally and knowingly infringes Plaintiffs' trademark rights.

**33.**     Upon information and belief, Defendant's infringing activities are likely to cause damage to Sazerac's hard-earned reputation and goodwill and to divert sales and opportunities away from Sazerac and to Defendant.

**34.**     Defendant is therefore infringing Plaintiffs' rights in violation of 15 U.S.C. § 1114 and has caused irreparable harm to Plaintiffs by the infringement and Plaintiffs have no adequate remedy at law.

## SECOND CAUSE OF ACTION

## FEDERAL UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)

**35.**     Plaintiffs re-allege and incorporate herein by reference paragraphs 1 through 34 of this Complaint as if fully set forth here.

36.      Sazerac and its predecessor-in-interest have been using the EAGLE RARE mark on and in connection with whiskey in interstate commerce since 1975 and have developed substantial goodwill in the mark and in Sazerac's throughout the entire United States prior to Defendant's adoption and use of the RARE BIRD mark in commerce.

37.      Defendant's use of the RARE BIRD mark in interstate commerce in competition against Sazerac is likely to cause mistake, and/or to deceive as to an affiliation, connection, or association of Defendant with Sazerac, and/or as to the origin, sponsorship, and/or approval by Sazerac of Defendant's goods or commercial activities related to Defendant's alcoholic beverage products.

38.      Defendant is therefore engaged in unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a) and has caused Sazerac irreparable harm by the infringement and Sazerac has no adequate remedy at law.

### THIRD CAUSE OF ACTION

### TRADEMARK INFRINGEMENT UNDER MASSACHUSETTS GENERAL LAW CHAPTER 110H § 13

39.      Plaintiffs re-allege and incorporate herein by this reference paragraphs 1 through 38 of this Complaint as if fully set forth here.

40.      Sazerac Brands owns trademark rights in its distinctive EAGLE RARE mark and all such rights owned by Sazerac Brands are superior to any rights that the Defendant may claim to have in the RARE BIRD mark.

41.      Defendant's unauthorized use of a confusingly similar variation of EAGLE RARE in connection with the sale of alcoholic beverage products is likely to cause confusion as to the source or sponsorship of these goods, and likely to lead the public to believe that Sazerac

is affiliated with or sponsors or endorses Defendant and/or Defendant's products, and is likely to mislead persons in the ordinary course of purchasing Defendant's goods and induce them to believe they are purchasing genuine goods of Sazerac, thereby injuring the reputation and goodwill and unjustly diverting from Sazerac to Defendant the benefits arising therefrom.

42.     Defendant's acts of trademark infringement are continuing to be committed willfully, knowingly, intentionally, and in bad faith.

43.     Defendant's acts of trademark infringement will continue to cause Sazerac irreparable damage, loss, and injury for which Sazerac has no adequate remedy at law.

## FOURTH CAUSE OF ACTION

## UNFAIR CONDUCT IN VIOLATION OF MASSACHUSETTS GENERAL LAW CHAPTER 93A § 2

44.     Plaintiffs re-allege and incorporate herein by reference paragraphs 1 through 43 of this Complaint as if fully set forth here.

45.     By the acts described herein, Defendant has engaged in unlawful and unfair business practices that have injured and will continue to injure Plaintiffs' business and property in violation of Massachusetts General Law Chapter 93A § 2.

46.     Defendant's acts alleged herein have caused monetary damages to Plaintiffs in an amount to be proven at trial.

47.     Defendant's acts have caused, and will continue to cause, irreparable injury to Plaintiffs and their business, reputation, and trademarks, unless and until Defendant is permanently enjoined.

48.     As a direct and proximate result of Defendant's conduct alleged herein, Defendant should be directed to pay money damages to Sazerac in an amount to be determined at trial.  By

statute, such damages should be trebled due to Defendant's knowing and willful conduct, and also include award of Sazerac's reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

Plaintiffs pray for the following:

A.     Defendant, its employees, representatives, and agents be enjoined from using Defendant's RARE BIRD mark, or any marks, designs, or graphics confusingly similar to Sazerac Brands' EAGLE RARE mark, in connection with the marketing, distribution, and sale of distilled spirits and related services;

B.     The Court grant any and all relief to which Plaintiffs may be entitled pursuant to the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, including treble damages and Plaintiffs' attorneys' fees;

C.     The Court grant any and all relief to which Plaintiffs may be entitled pursuant to Massachusetts General Laws ch. 93A, including multiple damages and Plaintiffs' attorneys' fees;

D.     The Court grant any and all additional relief to which Plaintiffs may be entitled pursuant to state law and state common law, including enhanced damages and attorneys' fees;

E.     The costs of this action be taxed against Defendant; and

F.     The Court grant Plaintiffs such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs demands trial to a jury on all claims and issues so triable.

Dated:  December 3, 2015                    COOLEY LLP

                                            By:  _/s/ *Robert B. Lovett*_____
                                            Robert B. Lovett (BBO#561691)
                                            Michael J. McMahon (BBO#679053)
                                            500 Boylston Street, 14th Floor
                                            Boston, Massachusetts 02116-3736
                                            rlovett@cooley.com
                                            Telephone:  (617) 937-2300


                                            Peter J. Willsey (*Pro Hac Vice* Pending)
                                            Vincent J. Badolato(*Pro Hac Vice* Pending)
                                            1299 Pennsylvania Ave., NW Suite 700
                                            Washington, D.C. 20004-2446
                                            pwillsey@cooley.com
                                            vbadolato@cooley.com
                                            Telephone:  (202) 842-7800
                                            Fax:  (202) 842-7899

                                            Thomas M. Hadid (*Pro Hac Vice* Pending)
                                            3175 Hanover Street
                                            Palo Alto, CA 94304-1130
                                            thadid@cooley.com
                                            Telephone:  (650) 843-5000
                                            Fax:  (650) 849-7400


                                            *Counsel For Plaintiffs Sazerac Brands, LLC &*
                                            *Sazerac Company, Inc.*


122638681

# EXHIBIT A

Int. Cl.: 33

Prior U.S. Cl.: 49

## United States Patent Office

**Reg. No. 1,065,407**
Registered May 10, 1977

## TRADEMARK
### Principal Register

## EAGLE RARE

Joseph E. Seagram & Sons, Inc. (Indiana corporation),
  doing business as Old Prentice Distillery
375 Park Ave.
New York, N.Y.   10022

For: BOURBON WHISKEY, in CLASS 33 (U.S. CL. 49).

First use Feb. 12, 1975; in commerce Feb. 12, 1975.

Applicant disclaims the exclusive use of "Rare" apart from the mark as shown.

Ser. No. 71,853, filed Dec. 15, 1975.

L. STRICKMAN, Examiner

**Generated on:**

This page was generated by TSDR on 2015-12-03 01:42:48 EST

**Mark:** EAGLE RARE

**US Serial Number:** 73071853

**Application Filing Date:**

Dec. 15, 1975

**US Registration Number:** 1065407

**Registration Date:**

May 10, 1977

**Register:**

Principal

**Mark Type:**

Trademark

**Status:**

The registration has been renewed.

**Status Date:**

Mar. 28, 2007

# Mark Information

**Mark Literal Elements:**

EAGLE RARE

**Standard Character Claim:**

No

**Mark Drawing Type:**

1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:**

APPLICANT DISCLAIMS THE EXCLUSIVE USE OF "RARE" APART FROM THE MARK AS SHOWN.

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

BOURBON WHISKEY

**International Class(es):** 033 - Primary Class

**U.S Class(es):**

049

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Feb. 12, 1975

**Use in Commerce:**

Feb. 12, 1975

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |

| | | |
|---|---|---|
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:**

SAZERAC BRANDS, LLC

**Owner Address:**

10400 LINN STATION ROAD, SUITE 300
LOUISVILLE, KENTUCKY 40223
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY   **State or Country Where Organized:**

DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Todd S. Bontemps   **Docket Number:**

304566-207 (

**Attorney Primary Email Address:** trademarks@cooley.com   **Attorney Email Authorized:**

Yes

**Correspondent**

**Correspondent Name/Address:**

Todd S. Bontemps
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DISTRICT OF COLUMBIA 20004-2400
UNITED STATES

**Phone:** 202-842-7800   **Fax:**

202-842-7899

**Correspondent e-mail:** trademarks@cooley.com   **Correspondent e-mail Authorized:**

Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 25, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 05, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 07, 2011 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| May 20, 2009 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 13, 2007 | CASE FILE IN TICRS | |
| Mar. 28, 2007 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67603 |
| Mar. 28, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 28, 2007 | ASSIGNED TO PARALEGAL | 67603 |
| Jan. 25, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 25, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 07, 2005 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Oct. 07, 2005 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jun. 05, 1997 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 18, 1997 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

May 10, 2007

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** SCANNING ON DEMAND          **Date in Location:**

Nov. 13, 2007

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 5          **Registrant:**

JOSEPH E. SEAGRAM & SONS, INC.

**Assignment 1 of 5**

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0677/0610          **Pages:**

0

**Date Recorded:** Nov. 13, 1989

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** JOSEPH E. SEAGRAM & SONS, INC.          **Execution Date:**

May 04, 1989

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

INDIANA

**Assignee**

**Name:**

SAZERAC COMPANY, INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

LOUISIANA

**Address:**

803 JEFFERSON HIGHWAY
NEW ORLEANS, LOUISIANA 70121

**Correspondent**

**Correspondent Name:**

ALLEGRETTI & WITCOFF, LTD.

**Correspondent Address:**

10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

**Domestic Representative - Not Found**

**Assignment 2 of 5**

**Conveyance:**

SECURITY AGREEMENT

**Reel/Frame:** 3988/0971          **Pages:**

15

**Date Recorded:** May 13, 2009

**Supporting Documents:**

assignment-tm-3988-0971.pdf

**Assignor**

**Name:** SAZERAC COMPANY, INC.          **Execution Date:**

Mar. 24, 2009

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

LOUISIANA

| | |
|---|---|
| Name: BUFFALO TRACE DISTILLERY, INC. | Execution Date: |

Mar. 24, 2009

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

KENTUCKY

| **Assignee** |
|---|

Name:

CAPITAL ONE, NATIONAL ASSOCIATION

| | |
|---|---|
| Legal Entity Type: BANK | State or Country Where Organized: |

UNITED STATES

Address:

201 ST. CHARLES AVE., 29TH FLOOR
NEW ORLEANS, LOUISIANA 70112

| **Correspondent** |
|---|

Correspondent Name:

PHILIP DEV. CLAVERIE, SR.

Correspondent Address:

C/O PHELPS DUNBAR, L.L.P.
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LOUISIANA 70130

| **Domestic Representative - Not Found** |
|---|
| **Assignment 3 of 5** |

Conveyance:

SECURITY INTEREST

| | |
|---|---|
| Reel/Frame: 4668/0165 | Pages: |

79

| | |
|---|---|
| Date Recorded: Nov. 30, 2011 | |

Supporting Documents:

assignment-tm-4668-0165.pdf

| **Assignor** |
|---|

| | |
|---|---|
| Name: SAZERAC COMPANY, INC. | Execution Date: |

Nov. 18, 2011

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

LOUISIANA

| | |
|---|---|
| Name: MAJESTIC DISTILLING COMPANY, INC. | Execution Date: |

Nov. 18, 2011

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

MARYLAND

| | |
|---|---|
| Name: SAZERAC NORTH AMERICA, INC. | Execution Date: |

Nov. 18, 2011

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

DELAWARE

| | |
|---|---|
| Name: JAYBIRD SPIRITS CO., LLC | Execution Date: |

Nov. 18, 2011

| | |
|---|---|
| Legal Entity Type: CORPORATION | State or Country Where Organized: |

DELAWARE

| **Assignee** |
|---|

Name:

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

| | |
|---|---|
| **Legal Entity Type:** NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** |

UNITED STATES

**Address:**

1525 WEST W.T. HARRIS BOULEVARD
MAC D1109 019
CHARLOTTE, NORTH CAROLINA 28262

### Correspondent

**Correspondent Name:**

CHRISTIAN BROSE, ESQ./MCGUIREWOODS, LLP

**Correspondent Address:**

201 NORTH TRYON STREET
CHARLOTTE, NC 28202

### Domestic Representative - Not Found

### Assignment 4 of 5

**Conveyance:**

TERMINATION OF SECURITY INTEREST (R3988-F0971)

**Reel/Frame:** 4668/0244                                    **Pages:**

12

**Date Recorded:** Nov. 30, 2011

**Supporting Documents:**

assignment-tm-4668-0244.pdf

### Assignor

| | |
|---|---|
| **Name:** CAPITAL ONE, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | **Execution Date:** Nov. 18, 2011 |
| **Legal Entity Type:** NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** |

No Place Where Organized Found

### Assignee

| | |
|---|---|
| **Name:** SAZERAC COMPANY, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** |

LOUISIANA

**Address:**

3850 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002

| | |
|---|---|
| **Name:** BUFFALO TRACE DISTILLERY, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** |

KENTUCKY

**Address:**

113 GREAT BUFFALO TRACE
FRANKFORT, KENTUCKY 40601

### Correspondent

**Correspondent Name:**

CHRISTIAN BROSE, ESQ./MCGUIREWOODS, LLP

**Correspondent Address:**

201 NORTH TRYON STREET
CHARLOTTE, NC 28202

### Domestic Representative - Not Found

### Assignment 5 of 5

**Conveyance:**

NUNC PRO TUNC ASSIGNMENT EFFECTIVE 01/31/2015

**Reel/Frame:** 5666/0336                                    **Pages:**

29

**Date Recorded:** Nov. 11, 2015

**Supporting Documents:**

assignment-tm-5666-0336.pdf

| Assignor |
|---|

Name: SAZERAC COMPANY, INC.                    Execution Date:

Nov. 09, 2015

Legal Entity Type: CORPORATION                 State or Country Where
                                                              Organized:

LOUISIANA

| Assignee |
|---|

Name:

SAZERAC BRANDS, LLC

Legal Entity Type: LIMITED LIABILITY COMPANY    State or Country Where
                                                              Organized:

DELAWARE

Address:

10400 LINN STATION ROAD, SUITE 300
LOUISVILLE, KENTUCKY 40223

| Correspondent |
|---|

Correspondent Name:

SUSAN P. CHRISTOFF, ESQ. COOLEY LLP

Correspondent Address:

1299 PENNSYLVANIA AVENUE, NW, SUITE 700
WASHINGTON, DC 20004

| Domestic Representative - Not Found |
|---|

# Proceedings

| Summary |
|---|

Number of Proceedings:

10

| Type of Proceeding: Opposition |
|---|

Proceeding Number: 91217713                    Filing Date:

Aug 06, 2014

Status: Terminated                             Status Date:

Dec 23, 2014

Interlocutory Attorney: CHRISTEN M ENGLISH

| Defendant |
|---|

Name:

James David Martin

Correspondent Address:

KEESONGA GORE
MINOTT GORE PA
201 S BISCAYNE BLVD, STE 2800
MIAMI FL , 33131-4309
UNITED STATES

Correspondent e-mail:

admin@minottgore.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FIGHTING EAGLE VODKA | Abandoned - After Inter-Partes Decision | 86100149 | |

| Plaintiff(s) |
|---|

Name:

Sazerac Company, Inc.

Correspondent Address:

JOHN PAUL OLEKSIUK
COOLEY LLP
1299 PENNSYLVANIA AVE NW , SUITE 700
WASHINGTON DC , 20004
UNITED STATES

Correspondent e-mail:

trademarks@cooley.com,jpo@cooley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| | Prosecution History | | |
|--|--|--|--|

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Aug 06, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 06, 2014 | Sep 15, 2014 |
| 3 | PENDING, INSTITUTED | Aug 06, 2014 | |
| 4 | STIP FOR EXT | Sep 10, 2014 | |
| 5 | EXTENSION OF TIME GRANTED | Sep 10, 2014 | |
| 6 | STIP FOR EXT | Oct 13, 2014 | |
| 7 | EXTENSION OF TIME GRANTED | Oct 13, 2014 | |
| 8 | W/DRAW OF OPPOSITION | Nov 24, 2014 | |
| 9 | BD DECISION: DISMISSED W/O PREJ | Dec 23, 2014 | |
| 10 | TERMINATED | Dec 23, 2014 | |

**Type of Proceeding: Opposition**

| **Proceeding Number:** 91207147 | **Filing Date:** |
|--|--|

Sep 25, 2012

| **Status:** Terminated | **Status Date:** |
|--|--|

Jul 31, 2014

**Interlocutory Attorney:**  CHERYL S GOODMAN

**Defendant**

**Name:**

South River Vineyard Inc.

**Correspondent Address:**

TSAN ABRAHAMSON
COBALT LLP
918 PARKER STREET , BUILDING A21
BERKELEY CA , 94710 2596
UNITED STATES

**Correspondent e-mail:**

shabnam@cobaltlaw.com , tsan@cobaltlaw.com , trademarks@cobaltlaw.com , nate@cobaltlaw.com , amanda@cobaltlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| RED EAGLE SPIRITS | Abandoned - After Inter-Partes Decision | 85502893 | |
| RED EAGLE DISTILLERY | Abandoned - After Inter-Partes Decision | 85502849 | |

**Plaintiff(s)**

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

JOHN PAUL OLEKSIUK
COOLEY LLP
1299 PENNSYLVANIA AVENUE NW, SUITE 700
WASHINGTON DC , 20004
UNITED STATES

**Correspondent e-mail:**

jpo@cooley.com , trademarks@cooley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| | Prosecution History | | |
|--|--|--|--|

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Sep 25, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 25, 2012 | Nov 04, 2012 |

| 3  | PENDING, INSTITUTED | Sep 25, 2012 |
|----|---------------------|--------------|
| 4  | ANSWER | Nov 05, 2012 |
| 5  | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Dec 05, 2012 |
| 6  | SUSPENDED | Dec 05, 2012 |
| 7  | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Aug 16, 2013 |
| 8  | SUSPENDED | Aug 16, 2013 |
| 9  | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 14, 2013 |
| 10 | SUSPENDED | Oct 16, 2013 |
| 11 | P MOT FOR EXT W/ CONSENT | Dec 20, 2013 |
| 12 | P MOT FOR EXT W/ CONSENT | Dec 26, 2013 |
| 13 | EXTENSION OF TIME GRANTED | Dec 26, 2013 |
| 14 | P NOTICE OF RELIANCE | Jan 28, 2014 |
| 15 | P NOTICE OF RELIANCE | Jan 28, 2014 |
| 16 | P NOTICE OF RELIANCE | Jan 28, 2014 |
| 17 | P NOTICE OF RELIANCE | Jan 28, 2014 |
| 18 | P NOTICE OF RELIANCE | Jan 28, 2014 |
| 19 | P TESTIMONY | Jan 28, 2014 |
| 20 | P TESTIMONY | Jan 28, 2014 |
| 21 | Confidential Testimony For Plaintiff | Jan 28, 2014 |
| 22 | Confidential Testimony For Plaintiff | Jan 28, 2014 |
| 23 | D NOTICE OF RELIANCE | Mar 28, 2014 |
| 24 | D NOTICE OF RELIANCE | Mar 28, 2014 |
| 25 | D NOTICE OF RELIANCE | Mar 28, 2014 |
| 26 | D NOTICE OF RELIANCE | Mar 28, 2014 |
| 27 | D NOTICE OF RELIANCE | Mar 28, 2014 |
| 28 | D TESTIMONY | Mar 28, 2014 |
| 29 | P MOT FOR EXT W/ CONSENT | May 12, 2014 |
| 30 | EXTENSION OF TIME GRANTED | May 12, 2014 |
| 31 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jun 12, 2014 |
| 32 | SUSPENDED | Jun 12, 2014 |
| 33 | W/DRAW OF APPLICATION W/ CONSENT | Jul 21, 2014 |
| 34 | BD DECISION: DISMISSED W/ PREJ | Jul 31, 2014 |
| 35 | TERMINATED | Jul 31, 2014 |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91205744      **Filing Date:**

Jun 22, 2012

**Status:** Terminated      **Status Date:**

Jan 10, 2013

**Interlocutory Attorney:** ANDREW P BAXLEY

**Defendant**

**Name:**

Nelson's Green Brier Distillery, LLC

**Correspondent Address:**

NELSON'S GREEN BRIER DISTILLERY LLC
400 SUMMIT RIDGE PL
NASHVILLE TN , 37215-3804
UNITED STATES

**Correspondent e-mail:**

andy@greenbrierdistillery.com , charlie@greenbrierdistillery.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| TENNESSEE EAGLE | Abandoned - After Inter-Partes Decision | 85481397 | |

**Plaintiff(s)**

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

TODD S BONTEMPS
COOLEY LLP
777 6TH STREET NW
WASHINGTON DC , 20001

UNITED STATES

**Correspondent e-mail:**

tbontemps@cooley.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Jun 22, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 22, 2012 | Aug 01, 2012 |
| 3 | PENDING, INSTITUTED | Jun 22, 2012 | |
| 4 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jul 25, 2012 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 25, 2012 | |
| 6 | WITHDRAWAL OF APPLICATION | Oct 25, 2012 | |
| 7 | BOARD'S DECISION: SUSTAINED | Oct 26, 2012 | |
| 8 | TERMINATED | Oct 26, 2012 | |
| 9 | D'S OPPOSITION/RESPONSE TO MOTION | Nov 09, 2012 | |
| 10 | D'S OPPOSITION/RESPONSE TO MOTION | Jan 02, 2013 | |
| 11 | BD'S DECISION: DISMISSED W/O PREJUDICE | Jan 10, 2013 | |

**Type of Proceeding: Opposition**

| **Proceeding Number:** 91204749 | **Filing Date:** |
|---|---|
| Apr 16, 2012 | |
| **Status:** Terminated | **Status Date:** |
| Dec 13, 2012 | |
| **Interlocutory Attorney:** MARY CATHERINE FAINT | |

| Defendant | | | |
|---|---|---|---|
| **Name:** | | | |
| Caldwell Family Winery & Vineyards, LLC | | | |

**Correspondent Address:**

CARLA G LUJAN
510 BERING DRIVE, SUITE 300
HOUSTON TX , 77055-5318
UNITED STATES

**Correspondent e-mail:**

staff@aronowitzlaw.com , carla@aronowitzlaw.com , chriscaldwell@caldwellweb.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| EAGLEFIRE | Registered | 85201365 | 4277954 |

| Plaintiff(s) | | | |
|---|---|---|---|
| **Name:** | | | |
| Sazerac Company, Inc. | | | |

**Correspondent Address:**

LORI F MAYALL
COOLEY LLP
777 6TH STREET NW, SUITE 1100
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:**

lmayall@cooley.com , trademarks@cooley.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Apr 16, 2012 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 16, 2012 | May 26, 2012 |
| 3 | PENDING, INSTITUTED | Apr 16, 2012 | |
| 4 | D'S CONSENTED MOT TO REOPEN TIME TO ANSWER | Jun 05, 2012 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 02, 2012 | |
| 6 | ANSWER | Aug 01, 2012 | |
| 7 | WITHDRAWAL OF OPPOSITION | Dec 10, 2012 | |
| 8 | BD'S DECISION: DISMISSED W/O PREJUDICE | Dec 13, 2012 | |
| 9 | TERMINATED | Dec 13, 2012 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91204751                **Filing Date:**
Apr 16, 2012

**Status:** Terminated                **Status Date:**
Jul 30, 2012

**Interlocutory Attorney:** JENNIFER KRISP

### Defendant

**Name:**
Brasso Investments Inc.

**Correspondent Address:**
MICHAEL A COHEN
SCHWABE WILLIAMSON & WYATT PC
1211 SW FIFTH AVENUE SUITE 1900
PORTLAND OR , 97204
UNITED STATES

**Correspondent e-mail:**
trademarks@schwabe.com , mcohen@schwabe.com , mwilmot@schwabe.com , tcallahan@schwabe.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EAGLE SPIRIT | Abandoned - After Inter-Partes Decision | 85237198 | |

### Plaintiff(s)

**Name:**
Sazerac Company, Inc.

**Correspondent Address:**
LORI F MAYALL
COOLEY GODWARD KRONISH LLP
777 6TH STREET NW, SUITE 1100
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:**
trademarks@cooley.com , lmayall@cooley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 16, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 16, 2012 | May 26, 2012 |
| 3 | PENDING, INSTITUTED | Apr 16, 2012 | |
| 4 | ANSWER | May 29, 2012 | |
| 5 | WITHDRAWAL OF APPLICATION | Jul 25, 2012 | |
| 6 | BD'S DECISION: DISMISSED W/O PREJUDICE | Jul 30, 2012 | |
| 7 | TERMINATED | Jul 30, 2012 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91197109                **Filing Date:**
Oct 26, 2010

**Status:** Terminated                **Status Date:**
Feb 07, 2011

**Interlocutory Attorney:** MARY CATHERINE FAINT

| Defendant |
|---|

**Name:**

Proximo Spirits, Inc.

**Correspondent Address:**

LAWRENCE E ABELMAN
ABELMAN FRAYNE & SCHWAB
666 THIRD AVENUE
NEW YORK NY , 10017-4011
UNITED STATES

**Correspondent e-mail:**

JBSeyler@lawabel.com , Rdahl@lawabel.com

| Associated marks | | | |
|---|---|---|---|
| Mark | Application Status | Serial Number | Registration Number |
| COLORADO EAGLE | Abandoned - After Inter-Partes Decision | 77940561 | |

| Plaintiff(s) |
|---|

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

LORI F MAYALL ESQ
COOLEY LLP
777 6TH STREET NW, SUITE 1100
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:**

trademarks@cooley.com , lmayall@cooley.com

| Associated marks | | | |
|---|---|---|---|
| Mark | Application Status | Serial Number | Registration Number |
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 1 | FILED AND FEE | Oct 26, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 27, 2010 | Dec 06, 2010 |
| 3 | PENDING, INSTITUTED | Oct 27, 2010 | |
| 4 | D'S RESPONSE AND ANSWER | Dec 08, 2010 | |
| 5 | BOARD'S ORDER: TRIAL DATES REMAIN AS PREVIOUSLY SET | Jan 05, 2011 | |
| 6 | WITHDRAWAL OF APPLICATION | Feb 03, 2011 | |
| 7 | BD'S DECISION: DISMISSED W/O PREJUDICE | Feb 07, 2011 | |
| 8 | TERMINATED | Feb 07, 2011 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91195698          **Filing Date:**

Jul 16, 2010

**Status:** Terminated          **Status Date:**

Feb 01, 2011

**Interlocutory Attorney:** LINDA M SKORO

| Defendant |
|---|

**Name:**

Diamond Hong, Inc.

**Correspondent Address:**

KENNETH CANG LI
LAW OFFICES OF KENNETH CANG LI
65 BROADWAY, SUITE 814
NEW YORK NY , 10006-2503
UNITED STATES

**Correspondent e-mail:**

kennethcli@hotmail.com

| Associated marks | | | |
|---|---|---|---|
| Mark | Application Status | Serial Number | Registration Number |
| ROYAL EAGLE | | | |

| | | | |
|---|---|---|---|
| | Registered | 77439408 | 3927243 |

## Plaintiff(s)

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

KATHRYN ROBINSON
COOLEY LLP
777 6TH STREET, SUITE 1100
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:**

trademarks@cooley.com , krobinson@cooley.com , lmayall@cooley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |
| EAGLE RARE | Renewed | 73071853 | 1065407 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 16, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 16, 2010 | Aug 25, 2010 |
| 3 | PENDING, INSTITUTED | Jul 16, 2010 | |
| 4 | ANSWER | Aug 17, 2010 | |
| 5 | MOTION TO AMEND APPLICATION | Jan 21, 2011 | |
| 6 | RESPONSE DUE 30 DAYS (DUE DATE) | Jan 27, 2011 | Feb 26, 2011 |
| 7 | WITHDRAWAL OF OPPOSITION | Jan 28, 2011 | |
| 8 | BD'S DECISION: DISMISSED W/ PREJUDICE | Feb 01, 2011 | |
| 9 | TERMINATED | Feb 01, 2011 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91192381

**Filing Date:**

Oct 21, 2009

**Status:** Terminated

**Status Date:**

Jan 26, 2010

**Interlocutory Attorney:** JENNIFER KRISP

## Defendant

**Name:**

Bilyara Vineyards Pty Ltd

**Correspondent Address:**

Gary D. Krugman
Sughrue Mion PLLC
2100 Pennsylvania Ave., NW
Washington DC , 20037
UNITED STATES

**Correspondent e-mail:**

tm@sughrue.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EAGLEHAWK | Registered | 77681502 | 3753917 |

## Plaintiff(s)

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

Heather Dunn Navarro
Cooley Godward Kronish LLP
777 6th St., NW, Suite 1100
Washington DC , 20001
UNITED STATES

**Correspondent e-mail:**

trademarks@cooley.com , hdnavarro@cooley.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Oct 21, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 21, 2009 | Nov 30, 2009 |
| 3 | PENDING, INSTITUTED | Oct 21, 2009 | |
| 4 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Nov 30, 2009 | |
| 5 | DEF'S CONSENTED MOT TO EXTEND IS GRANTED; TRIAL DATES ARE RESET | Dec 04, 2009 | |
| 6 | D'S MOTION FOR AN EXTENSION OF TIME | Dec 29, 2009 | |
| 7 | EXTENSION OF TIME GRANTED | Jan 05, 2010 | |
| 8 | WITHDRAWAL OF OPPOSITION | Jan 25, 2010 | |
| 9 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 26, 2010 | |
| 10 | TERMINATED | Jan 26, 2010 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91185695 | Filing Date: | |
| Aug 06, 2008 | | | |
| Status: | Terminated | Status Date: | |
| Apr 03, 2009 | | | |
| Interlocutory Attorney: | MARY CATHERINE FAINT | | |

### Defendant

**Name:**

G-8 Global Trades Ltd.

**Correspondent Address:**

Kevin Bayrakdarian, Director
G-8 Global Trades Ltd.
34 Allangrove Cres.
Toronto Ontario, M1W1S5 CANADA

**Correspondent e-mail:**

sales@globaltradcs.ca

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| ROYAL EAGLE | Abandoned - After Inter-Partes Decision | 77036897 | |

### Plaintiff(s)

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

Christine Hsieh
Cooley Godward Kronish LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto CA , 94306
UNITED STATES

**Correspondent e-mail:**

trademarks@cooley.com , chsieh@cooley.com

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |
| ROYAL CANADIAN | Section 8 and 15 - Accepted and Acknowledged | 78551693 | 3054382 |
| ROYAL CANADIAN | Renewed | 71627038 | 575951 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Aug 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 08, 2008 | Sep 17, 2008 |
| 3 | PENDING, INSTITUTED | Aug 08, 2008 | |
| 4 | ANSWER | Sep 11, 2008 | |
| 5 | RESPONSE DUE 30 DAYS (DUE DATE) | Sep 17, 2008 | Oct 17, 2008 |

| 6 | DELETE ENTRY | Oct 09, 2008 |
| 7 | ANSWER | Oct 20, 2008 |
| 8 | TRIAL DATES SET | Nov 04, 2008 |
| 9 | P'S MOTION FOR DEFAULT JUDGEMENT | Jan 27, 2009 |
| 10 | BOARD'S DECISION: SUSTAINED | Apr 03, 2009 |
| 11 | TERMINATED | Apr 03, 2009 |

### Type of Proceeding: Opposition

| | | |
|---|---|---|
| **Proceeding Number:** 91177687 | | **Filing Date:** |
| Jun 06, 2007 | | |
| **Status:** Terminated | | **Status Date:** |
| Oct 15, 2007 | | |
| **Interlocutory Attorney:** ANGELA LYKOS | | |

### Defendant

**Name:**

Royal Wine Corporation

**Correspondent Address:**

PAULETTE R. CAREY
BUCHMAN LAW FIRM, LLP
510 THORNALL ST STE 200
EDISON NJ , 08837-2204
UNITED STATES

**Correspondent e-mail:**

prcarey@buchmanlaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EAGLES LANDING | Section 8 and 15 - Accepted and Acknowledged | 78906614 | 3379602 |

### Plaintiff(s)

**Name:**

Sazerac Company, Inc.

**Correspondent Address:**

Todd Bontemps
Cooley Godward Kronish LLP
3000 El Camino RealFive Palo Alto Square
Palo Alto CA , 94306-2155
UNITED STATES

**Correspondent e-mail:**

tbontemps@cooley.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EAGLE RARE | Renewed | 73071853 | 1065407 |
| | Section 8 and 15 - Accepted and Acknowledged | 77024647 | 3254611 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 06, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 06, 2007 | Jul 16, 2007 |
| 3 | PENDING, INSTITUTED | Jun 06, 2007 | |
| 4 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jun 29, 2007 | |
| 5 | SUSPENDED | Jun 29, 2007 | |
| 6 | WITHDRAWAL OF OPPOSITION | Oct 10, 2007 | |
| 7 | BD'S DECISION: DISMISSED W/ PREJUDICE | Oct 15, 2007 | |
| 8 | TERMINATED | Oct 15, 2007 | |

# EXHIBIT B



Thomas M. Hadid
+1 650 849 7007
thadid@cooley.com

VIA U.S. MAIL AND EMAIL (MATT@GRANDTEN.COM)

May 15, 2015

Mr. Matthew Nuernberger
GrandTen Distilling, LLC
383 Dorchester Avenue, Suite 130
Boston, Massachusetts 02127

**RE: COLA Filing for RARE BIRD RUM (TTB ID No. 15090001000312)**

Dear Mr. Nuernberger:

We represent Sazerac Company, Inc. ("Sazerac"). It has come to our attention that GrandTen Distilling, LLC ("GrandTen Distilling") has filed with the Alcoholic and Tobacco Tax and Trade Bureau for a Certificate of Label Approval for RARE BIRD in connection with rum products.

As you may recall from GrandTen's previous settlement negotiations regarding its FIREPUNCHER brand, Sazerac produces and markets many distilled spirit product lines including vodka, rye whiskey, and bourbon whiskey. Sazerac has established significant goodwill and recognition in its bourbon marketed under its EAGLE RARE brand. The EAGLE RARE mark is an exceptionally strong mark in the field of distilled spirits.

The product is distilled at Sazerac's Buffalo Trace Distillery, which enjoys a longstanding reputation for producing the highest quality spirits. Offered for many decades, the EAGLE RARE product is among the most well-known and celebrated spirits in the market and enjoys a very large and loyal customer base around the world. Sazerac's EAGLE RARE bourbon has garnered dozens of top awards in competitions such as the *San Francisco World Spirits Competition, International Wine & Spirits Challenge*, *Ultimate Spirits Challenge*, and *Los Angeles International Wine & Spirits Challenge.*

Sazerac owns the following United States trademark registration:

> EAGLE RARE (incontestable U.S. Reg. No. 1,065,407) for "bourbon whiskey."

> Sazerac is committed to protecting its trademarks and the goodwill they have engendered.

Given the similar nature of GrandTen Distilling's RARE BIRD rum products to Sazerac's EAGLE RARE branded products, GrandTen Distilling's RARE BIRD trademark is likely to cause consumer confusion. Specifically, consumers and purchasers of GrandTen Distilling's RARE BIRD alcoholic beverage products are likely to mistakenly conclude that they are offered by, associated with, or endorsed by Sazerac when they are not.



Matthew Nuernberger
May 15, 2015
Page Two

Accordingly, we require that:

(1)  GrandTen Distilling and its subsidiaries, importers, distributors, and/or other affiliated companies cease use of the RARE BIRD mark on and in connection with alcoholic beverages, including without limitation all distilled spirits, and

(2)  surrender all COLAs corresponding to GrandTen Distilling's RARE BIRD mark.

A written request to surrender your issued COLAs must be sent to:

Advertising, Labeling and Formulation Division of the TTB
1310 G Street, NW, Box 12
Washington, DC 20005

3)  Confirm in writing to the undersigned no later than **May 29, 2015** that GrandTen Distilling agrees to the terms set forth in 1) and 2) above.

Sazerac would, of course, like to resolve this matter amicably and to that end we look forward to receiving your written assurances that you will agree to cease use of the RARE BIRD mark and any other trademarks that are confusingly similar to EAGLE RARE or any other product in Sazerac's portfolio.

Sazerac reserves the right to pursue any and all remedies it may have to protect its interests. Should you wish to discuss this matter further, please feel free to contact me directly.

Sincerely,

COOLEY LLP


Thomas M. Hadid

cc:     Todd S. Bontemps, Esq.


116837648 v2